```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 12-80054-CR-ZLOCH
```

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                        **O R D E R**

JOSNY CHARELESTAIN,

      Defendant.
_____/

THIS MATTER is before the Court upon the Report And Recommendation (DE 252) filed herein by United States Magistrate Judge Patrick M. Hunt. The Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

In his Report And Recommendation (DE 252), Magistrate Judge Hunt recommends that Defendant Josny Charlestain's Motion To Enforce Plea Agreement (DE 246) be denied. Defendant takes issue with the Government introducing evidence of other relevant conduct at his sentencing, but Magistrate Judge Hunt correctly concludes that the Government did not violate any term of its agreement with Defendant. Additionally, if the instant Motion (DE 246) should be construed as a motion pursuant to 28 U.S.C. § 2255, the Defendant has already unsuccessfully sought that relief and such a motion would be procedurally barred as untimely and not in compliance with the requirements for filing a successive motion.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant Josny Charlestain's Objections To the Report And

Recommendation (DE 353) be and the same are hereby **OVERRULED**;

2. The Report And Recommendation (DE 252) filed herein by United States Magistrate Judge Patrick M. Hunt be and the same is hereby approved, adopted, and ratified by the Court;

3. Defendant Josny Charlestain's Motion To Enforce Plea Agreement (DE 246) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this __18th__ day of December, 2015.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Patrick M. Hunt
United States Magistrate Judge

All Counsel of Record

Josny Charlestain, PRO SE
99159-004
Coleman Low
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 1031
Coleman, FL 33521